05 CV 9342
CLOSED, PATENT, PHV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:05-cv-01277-JMR-FLN
### Internal Use Only

DOC # 1

Entegris, Inc. v. Miraial Co., Ltd.
Assigned to: Chief Judge James M Rosenbaum
Referred to: Magistrate Judge Franklin L Noel
Cause: 28:1338 Patent Infringement

Date Filed: 06/28/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Entegris, Inc.**
*a Minnesota corporation*

represented by **Bradley J Thorson**
Patterson Thuente Skaar & Christensen, PA
80 S 8th St Ste 4800
Mpls, MN 55402-2100
612-349-5740
Fax: 612-349-9266
Email: thorson@ptslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald W Niles**
Patterson Thuente Skaar & Christensen, PA
80 S 8th St Ste 4800
Mpls, MN 55402-1314
612-349-5740
Fax: 612-349-9266
Email: niles@ptslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman M Abramson**
Patterson Thuente Skaar & Christensen, PA
80 S 8th St Ste 4800
Mpls, MN 55402-2100
(612) 349-5740
Fax: 612-349-9266
Email: abramson@ptslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Gregory Ulbrich**
Patterson Thuente Skaar & Christensen,

A true printed copy in 6 sheet(s) of the electronic record filed on ___, in the United States District Court for the District of Minnesota.
CERTIFIED, 10 - 28 , 2005
RICHARD D. SLETTEN
BY: _____ Deputy Clerk