USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/06

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

ENTEGRIS, INC.,
a Delaware corporation,

    Plaintiff,

v.

MIRAIAL CO., LTD.,
a Japanese corporation,

    Defendant.

Civil Action No. 05-CV-9342 (JES)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

1.    Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Entegris, Inc. ("Entegris") and Defendant Miraial Co, Ltd. ("Miraial"), by their undersigned attorneys, stipulate that this action, solely as between Entegris and Miraial, including complaint, answer and counterclaims, be dismissed, with prejudice, except as to any controversies preserved in the Settlement and License Agreement of May 25, 2006 (the "Settlement and License Agreement") pursuant to which this Stipulation and Order of Dismissal is made.

2.    This Court shall retain continuing jurisdiction over the parties and the subject matter to enforce the aforesaid Settlement and License Agreement.

DOCSNY.199341.01

3. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 2, 2006

*[signature]*

John T. Montgomery
Anthony A. Pastor
**ROPES & GRAY LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000
Attorneys for Plaintiff,
Entegris, Inc.

Dated: June 2, 2006

*[signature: Richard LaCava]*

Charles E. Miller
Edward A. Meilman
Richard LaCava
**DICKSTEIN SHAPIRO MORIN & OSHINSKY L.L.P.**
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 835-1400
Attorneys for Defendant
Miraial Co., Ltd.

IT IS SO ORDERED.

Dated: 6/07, 2006

*[signature]*

Honorable John E. Sprizzo
United States District Court Judge

by Judge P.K. Leisure

2

DOCSNY.199341.01